3:18-cv-01526
Baxley v. Western Regional Jail



I John Baxley jr, am writing to you concering the lawsuit

I've been in Western since august 15, 2018, since then I've been in about 5 diffrent (pod's Dorms) each one has been very nasty, and disgusting.

I was here for a month and a half before I got a change of clothes, or a sheet for my mat, and the showers have been very filthy. they have got mold in them and some kind of slime on the walls.

I've seen alot of people with staph, and other types of infected sores on them.

I've also have to wash my clothes by hand because (we's) don't have a laudry bag I've had to do this since I've been here.

Thanks you for your time

Singerly
John P Baxley

John Baxley Jr
3539496
1 O'Hanlon place
Barboursville, WV
25504

This person is an inmate at Western Regional Jail

25701-209125

CHARLESTON
WV 250
17 DEC 18

Sidney L. Chrisite
Federal Building
845 Fifth Ave Room 101
Huntington, WV 25701



FOREVER USA
Barn Swallow