

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

John Paul Baxley JR        3539496

*(Enter above the full name of the plaintiff or plaintiffs in this action).*    *(Inmate Reg. # of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 3:18-cv-01526
*(Number to be assigned by Court)*

Western Regional Jail

*(Enter above the full name of the defendant or defendants in this action)*

# COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Stevens Correctional Center till 1-26-2019

A. Is there a prisoner grievance procedure in this institution?

Yes _X_    No ___

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _X_    No ___

C. If you answer is YES:

1. What steps did you take? I did what the co's told me to do

2. What was the result? got No Repely on it

D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: John P Baxley JR

Address: Stevens correctional center, 715 Virginia Ave Welch WV 24801

B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Western Regional Jail

is employed as: All employees

at Western Regional Jail

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The living conditions fell below the standard of the 8th Amendment that protects me from cruel and unusual punishment. I was forced to live in unhealthy conditions (feces/urine) and as a result contracted a serious staph infection that had to be treated with anti-biotics. Several grievances were filed and went without response.

4

**IV. Statement of Claim (continued):**

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive Monetary damages for pain/suffering and violation of 8th Amendment.

V.  **Relief (continued)):**

_____

_____

_____

_____

_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____        No __✗__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____        No __✗__

If so, state the lawyer's name and address:

_____

_____

Signed this __10__ day of __January__, 20_19_.

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10 - January 2019__.
               (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

John Baxley # 3539496
50 Court St.
Welch, WV 24801

Rory L. Perry II, Clerk
United States District Court
845 5th Ave, Rm. 101
Huntington, WV 25701

LEGAL MAIL

