IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JOHN BAXLEY, JR.,** *et al.***,**

      **Plaintiffs,**

v.                          **Civil Action No. 3:18-cv-01526**
                                  **(Chambers, J.)**

**BETSY JIVIDEN,** *et al.***,**

      **Defendants.**

## STIPULATION OF VOLUNTARY DISMISSAL

COME NOW the parties, by counsel, pursuant to Rule 41(a)(1)(A), Federal Rules of Civil Procedure, and hereby voluntarily dismiss without prejudice Count III of this civil action; the allegations related to Class B in the Second Amended Class Action Complaint; Carl Aldridge, as Superintendent, as a party to this litigation; and Samuel Stout as a party and class representative. The matter shall remain pending with regard to the claims against Commissioner Jividen and the Division of Corrections and Rehabilitation as set forth in Counts I and II of the Second Amended Class Action Complaint for Injunctive and Declaratory Relief and the Class A allegations.

Dated this 22nd day of May, 2020.

**STIPULATED AND AGREED TO BY:**


/s/ Webster J. Arceneaux, III
Webster J. Arceneaux, III, State Bar #155
Richard L. Gottlieb, State Bar #1447
James C. Stebbins, State Bar #6674
Valerie H. Raupp, State Bar #10476
Post Office Box 1746
Charleston, WV  25326
(304) 345-2000
FAX: (304) 343-7999
wjarceneaux@lewisglasser.com

**PATRICK MORRISEY**
**ATTORNEY GENERAL**

/s/ Briana J. Marino
Briana J. Marino (WVSB #11060)
Assistant Attorney General
1900 Kanawha Blvd., East
Building 1, Suite W-400
Charleston, WV 25305
Telephone: (304) 558-6593
Facsimile: (304) 558-4509
Email: Briana.J.Marino@wvago.gov

*Counsel for Defendants*

/s/ Lydia C. Milnes
Lydia C. Milnes, State Bar No. 10598
Jennifer S. Wagner, State Bar No. 10639
Rachel Kincaid, State Bar No. 13726
Mountain State Justice, Inc.
325 Wiley Street
Morgantown, WV 26505
Telephone: (304) 326-0188
Facsimile: (304) 326-0189
lydia@msjlaw.org

*Counsel for Plaintiffs*