IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN BAXLEY, JR., et al.

        Plaintiffs,

v.                                                     CIVIL ACTION NO. 3:18-1526

BETSY JIVIDEN, in her official capacity
as Commissioner of the West Virginia
Division of Corrections and Rehabilitation and
WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION, et al.

        Defendants.

**ORDER**

Pending is Plaintiffs' Motion for Class Certification. ECF No. 88. Plaintiffs have since filed a second Motion for Class Certification on July 17, 2020. ECF No. 264. Accordingly, the Court **DENIES AS MOOT** the first motion, ECF No. 88.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                         ENTER:        September 17, 2020

                                         ROBERT C. CHAMBERS
                                         UNITED STATES DISTRICT JUDGE