# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington

Date: 12/8/2021            Case Number  3:18-cv-01526

Case Style           Baxley vs. Jividen

Type of hearing      Motion Hearing

Before the Honorable: 2514-Chambers

Court Reporter       Kathy Swinhart           Courtroom Deputy  Terry Justice

Attorney(s) for the Plaintiff or Government

Bren Pomponio, Lydia Milnes

Attorney(s) for the Defendant(s)

William Murray, Mark McGhee

Law Clerk            Gemma Fearn

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
| --- | --- | --- |
| 11:13 AM | 1:47 PM | Court actively conducting trial proceedings/Contested proceedings |
| 2:06 PM | 2:39 PM | Court actively conducting trial proceedings/Contested proceedings |
| 2:53 PM | 3:27 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:38 PM | 4:00 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 04:03

## Courtroom Notes

Hearing scheduled to commence: 11:00 a.m.
Hearing commenced: 11:13 a.m.

Plaintiffs' counsel, Lydia Milnes and witness, Jennifer Wagner, appeared by video.

Court addressed matters related to the motions with the parties.

Motion by Plaintiffs to Enforce Consent Order on Plaintiff's Renewed Emergency Motion for Preliminary Injunction Regarding Defendant's Prevention, Management, and Treatment of COVID-19. ECF  No. 472.
Plaintiffs' 1st witness, Jennifer Wagner, sworn & examined.

Plaintiffs' exhibit #1 identified
Plaintiffs' exhibit #2 identified.
Plaintiffs' exhibit #1 admitted.
The Court reserved admission of Plaintiffs' exhibit #2.
Plaintiffs' exhibit #3 identified.
Plaintiffs' exhibit #4 identified.

Plaintiffs' exhibit #5 identified.
Plaintiffs' exhibit #5 admitted.
Plaintiffs' exhibit #s 3 & 4 admitted.
Plaintiffs' exhibit #2 admitted.

Defendant's 1st witness, Webster J. Arceneaux, III, sworn & examined.
Defendant's exhibit #1 identified & admitted.

The Court addressed Mr. Arceneaux's notes.

Recessed: 1:47 p.m.

Resumed: 2:06 p.m.

Plaintiffs' exhibit #s 6 & 7 identified & admitted.
Defendant's 2nd witness, Betsy Jividen, sworn & examined.
Defendant's exhibit #2 identified & admitted.

Recessed: 2:39 p.m.

Resumed: 2:53 p.m.
Continued examination of Ms. Jividen.
Plaintiffs' exhibit #8 identified & admitted.

Recessed: 3:27 p.m.

Resumed: 3:38 p.m.
Argument.
Motion denied.

Motion by Betsy Jividen to Quash [484] Amended Notice of Intent to Serve Subpoenas and [488] Notice of Intent to Serve Subpoenas. ECF No. 489. Motion denied as moot.

Motion by John Baxley, Jr, Earl Edmondson, Joshua Hall, Heather Reed, Danny Spiker, Jr, Donna Wells-Wright to Compel Attendance of Key Witness and Production of Documents, or in the alternative, Preclude Defendant From Offering Evidence Not Within Her Personal Knowledge. ECF No. 492. Motion denied as moot.

Adjourn: 4:00 p.m.