**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**



JOHN BAXLEY, JR.,
EARL EDMONDSON,
JOSHUA HALL,
DONNA WELLS-WRIGHT,
HEATHER REED, and
DANNY SPIKER, JR. on their own behalf
and on behalf of others similarly situated,

     Plaintiffs,

v.           CIVIL ACTION NO.   3:18-1526

BETSY JIVIDEN, in her official capacity
as Commissioner of the West Virginia
Division of Corrections and Rehabilitation,

     Defendant.

**EXHIBIT LIST**

| Plf't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 | | 12/08/21 | 12/08/21 | Jennifer Wagner notes | Clerk's Office |
| 2 | | 12/08/21 | 12/08/21 | Declaration of Gabriel Jones | Clerk's Office |
| 3 | | 12/08/21 | 12/08/21 | Consent Order Regarding COVID-19 Protocols | Clerk's Office |
| 4 | | 12/08/21 | 12/08/21 | Consent Order Regarding COVID-19 Protocols red lined | Clerk's Office |
| 5 | | 12/08/21 | 12/08/21 | WVDOC Protocol | Clerk's Office |
| | 1 | 12/08/21 | 12/08/21 | CD | Clerk's Office |
| 6 | | 12/08/21 | 12/08/21 | Arceneaux notes | Clerk's Office |
| 7 | | 12/08/21 | 12/08/21 | Raupp notes | Clerk's Office |

|   | 2 | 12/08/21 |          | Consent Order Regarding COVID-19 Protocols red lined | Clerk's Office |
|---|---|----------|----------|------------------------------------------------------|----------------|
| 8 |   | 12/08/21 | 12/08/21 | Jividen email                                        | Clerk's Office |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |
|   |   |          |          |                                                      |                |

*Location options: Clerk's Office; Plaintiff Attorney; Defendant Attorney.