*consent order* → no finding of del. indiff
→ testing data including reasons
→ policies

PLAINTIFF'S EXHIBIT
Baxley v Jividen
CASE NO. 3:18-1526
Admitted
EXHIBIT NO. 1

Testing

- intake testing + exit testing
- Quarantine close contact every 3-7 days over 14 day pd.
  known pos.
  └ tested imm.
- anyone symptomatic — immediate testing 3-7 days
- regular broad based testing program
  └→ substantial or high transmission 7-10 days of everyone in
  ⊛ facility — all staff + detained any more than 2 cases in facility

surveillance 25% - 2-4 weeks
↓
10% / month statewide

Quarantine

- Intake quarantine
  - 24-48 hours locked in cell (72 hours → 17 days max)
  - ⊕ neg test day 11-13 quarantine (1-2 days prior to release)

Isolation

Isolate pos. except for other pos.
Isolate suspected / symptomatic — separate
full PPE + training

Masks + cleaning

Inmates 2 masks on entry
cleaning supplies

Treatment

doing antibodies
can't do remdisivir

Testing by by reason by facility
- confirmation actually locked down cell?
- quarantine

Isolation # — where they are — plan
+ numbers

daily/weekly update masks distributed
testing
get ~~regular~~ weekly report of stats + do another inspection to ensure compliance — talk to staff & inmates
for each new case — ① what hsg areas in quartine each week pos. cases
② in medical
③ where isolation

monthly call w/ questions

intake dates + cell / weekly — random

CDC

- p. 1 — consult w/ CDC for changes
- p. 2 — if need changes, still isolate, quarantine, etc. regardless — PPE
- p. 3 — isolation of confirmed separate from suspected; quarantine of contacts
- p. 5 — cleaning supplies on hand + available incl. germicide + PPE
- p. 6 — fit testing & training for PPE
- p. 7-8 — provide masks & launder
- p. 8 — PPE around COVID symptom people; Medical isolation for
- p. 8 — Close contact → quarantine, monitor 14 days