IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JOHN BAXLEY, JR., et al,
on their own behalf and on behalf
of all others similarly situated,

          Plaintiffs,

v.                                       Civ. Act. No. 3:18cv01526
                                       (Hon. Robert Charles Chambers)

BETSY JIVIDEN, in her official capacity as
Commissioner of the WEST VIRGINIA
DIVISION OF CORRECTIONS AND
REHABILITATION,

          Defendant.

**PLAINTIFF'S EXHIBIT** Baxley v Jividen CASE NO. 3:18-1526 Admitted EXHIBIT NO. 2

## DECLARATION OF GABRIEL JONES

I, Gabriel Jones, declare the following:

1.     I am employed by Mountain State Justice, Inc. as a paralegal. Specifically, I work with Lydia C. Milnes and Jennifer S. Wagner, who are Class Counsel on the case of *Baxley, et al v. Jividen*, No. 3:18cv01526.

2.     On November 3, 2021, I accompanied Class Counsel for a scheduled hearing on a Motion for Preliminary Injunction.

3.     Prior to the hearing was scheduled to begin, the Parties entered into negotiations to resolve the pending Motion for Preliminary Injunction.

4.     During these negotiations, I contemporaneously compiled the attached notes documenting the agreements reached in the meeting. (Ex. A.)

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of December, 2021.

_____
Gabriel A. Jones

π 2 -
EX. A

Intake and Outtake testing
3-7 day test in quarantine after immediate test
- testing close contact
- Broad-based testing

Quarantining
- Stay in cell unless its clear

Isolation
- Isolate positives away from negatives/untested
- Isolate positives, suspected
- CO's in full PPE in Isolation

Masks
- Inmates should get 2 masks and replaced when needed
- Inmates should have access to cleaning supplies daily
- Antibody treatments

Vaccines
- Better efforts to educate

Data for testing
Symptomatic, quarantining, intake, outtake, transfer
broad-base, close-contact