1/3/21   Baxley v Jividen

[Testing]

quarantine 1 to 2 days before ou-
intake testing    agree
release - exit testing   agree

CDC define fever
total 3 tests

quarantine testing - close contact - tested immed
3 to 7 days during 14 days
of known positive
could test at 5 & 12 day

symptomatic - testing
testing again

serrial testing of cohort

screening testing - not vaccinated
asymptomatic

Broad base testing
Virginia has National Guard test
every 2 mos.

Every facility test random for
25%

ERJ broad base testing now because
of outbreak

PLAINTIFF'S EXHIBIT
Baxley v Jividen
CASE NO. 3:18-1526
Admitted
EXHIBIT NO. 6

[Quarantine] — Intake — CDC guidance followed
Locked in cells

Roam around

Locked in cell w/ 24-48 hrs section

stay together for 14 days

get 1 hr. out a day

Can't put in ~~~~ new people

Some women in for 60 days at Tygart Valley

[ISOLATION]

Tested positive or symptomatic

Put in separate isolated cells
~~Eastern~~
42 people positive — could be in separate section — could be

putting up plastic

can put up trailer in facility

should not be with COVID negative folks

positive should not be brought back to negative or regular cell

should not declare whole section isolation

p. 3 CDC Main guidance discuss this

[ Rest in section should now be quarantine for close contact ]

Top tier of section could be isolated

Medical isolation requires full PPE & face mask
train Jonny & Doshia PPE & fit tested

** <u>Inmate Masks</u> — 2 masks on entry & on request

** <u>Cleaning Supplies</u> — every day

<u>Treatment</u>

    Update policy — No medical treatment

    Say there is

    Monoclonial Antibodies — agree

    Remdisivir — cannot do

<u>Vaccine</u> — Provide more information

    - 2 mos. testing offer vaccine again —

    - stronger effort

    - CO vaccine rate low also

<u>Data Testing</u> — send weekly

<u>Intake testing</u>
<u>Release testing / Transfer</u>
<u>Symp. testing</u>
<u>Broad Base testing</u>
<u>Quarantine testing</u>
weekly # of masks distributed

<u>Data Quarantine</u>

<u>Isolation</u>

Information
where planning
on housing

# Positive

Where quarantine
Taking place

Intake quarantine
monthly
random sample

Protocol in
lockdown

Monthly call
w/ Plaintiff, DCR
Counsel, MSJ
Counsel.

Can do additional inspection
paid for by State

<u>Intake quarantine</u>
daily report by cell

[<u>Data Isolation</u>]

<u>Identify</u> units & how done

Numbers should be less to
report

report on sections and/or
cell numbers