- no finding of deliberate indifference

- testing →
  - intake testing
  - exit testing
  - testing (close testing)
    3-7 days of known positive on Q because

→ day 5 test again @ 12
2 tests while

immediate testing @ symp.

PLAINTIFF'S EXHIBIT
Baxley v Jividen
CASE NO. 3:19-1524
Admitted
EXHIBIT NO. 7

## Intake Quarantine

test on take
quarantine
no further test unless symptomatic

→ Virginia has national quarand every two months broad based testing

Masks — 2 masks on entry
          masks replaced on request

cleaning supplies every day

Vaccine →
- more affirmative action / materials education. Ask @ 2 mos
- broad-based
  - have conversation
- medical vendors

Enforcement
- data on testing #s by reason for testing
  - intake
- SI → Quarantines / close contact
  - Symptomatic
  - Release / transfer
  - broad based

data on quarantine →
  length of stay
  confirm locked in cell

by all
date —
movement
M

Medical isolation →
- ID in facility when hoppung
- can tell by data already gathered

w/ housing assignment movement records.

Testing
weekly if potential

72 OK →
quarantine

2x   1-2 days prior

exposure
tested as soon as possible
quarantine → w/ same potential
exposure

test 1, test day 7, test 14

Quarantine

Weekly update on # of masks

Data on isolation + quarantine
- When planning on housing weekly info on actual housing + # of positive case
- Where planning on Quarantine

Intake Quarantine → less intensive
↑
(rep. sample)