IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN BAXLEY, JR.,
EARL EDMONDSON,
JOSHUA HALL,
DONNA WELLS-WRIGHT,
HEATHER REED, and
DANNY SPIKER, JR. on their own behalf
and on behalf of others similarly situated,

                Plaintiffs,

v.                              CIVIL ACTION NO.  3:18-1526

BETSY JIVIDEN, in her official capacity
as Commissioner of the West Virginia
Division of Corrections and Rehabilitation,

                Defendant.

## ORDER

Pending before the Court is Plaintiffs' Renewed Emergency Motion for Preliminary Injunction (ECF No. 451) and their Motion to Withdraw the Renewed Emergency Motion (ECF No. 505). For good cause shown, the Court **GRANTS** the Motion to Withdraw (ECF No. 505) and **DENIES AS MOOT** the Renewed Motion for Preliminary Injunction (ECF No. 451).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                ENTER:       December 27, 2021

                _____
                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE