# Courtroom Minute Entry

**Room:** WVSCHADCR03711          **Case No.:** 3:18-cv-01526                    **Type:** Motion Hearing
**Caption:** John Baxley, Jr., et al. v. Betsy Jividen                    **Judge:** Omar Aboulhosn

**Started:**  4/13/2022 2:27:48 PM
**Ends:**     4/13/2022 3:47:05 PM          **Length: 01:19:18**

| | |
|---|---|
| 2:28:02 PM | Judge Omar Aboulhosn |
| 2:28:03 PM | Courtroom Deputy Tammy Davis |
| 2:28:03 PM | Attorney Lydia Milnes |
| 2:28:04 PM | Attorney Lesley Nash |
| 2:28:05 PM | Attorney William Murray |
| 2:28:06 PM | Attorney Jaden Rhea |
| 2:28:07 PM | Attorney Anne O'Hare |
| 2:28:08 PM | Plaintiff Betsy Jividen |
| 2:28:10 PM | Brandolya Felton-Ernest |
| 2:28:15 PM | **MOTIONS HEARING** |
| 2:32:17 PM | Judge Omar Aboulhosn |
| 2:32:18 PM | Calls case |
| 2:32:23 PM | Attorney Lydia Miles |
| 2:32:24 PM | Attorney Lesley Nash |
| 2:32:28 PM | Attorney William Murray |
| 2:32:49 PM | Attorney Jaden Rhea |
| 2:32:52 PM | Plaintiff Betsy Jividen |
| 2:33:17 PM | Attorney Ann O'Hare |
| 2:33:24 PM | Judge Omar Aboulhosn |
| 2:33:27 PM | Discusses the various pleadings filed since last hearing. |
| 2:33:52 PM | Attorney Lesley Nash |
| 2:34:01 PM | Proffers to the Court |
| 2:34:04 PM | Judge Omar Aboulhosn |
| 2:34:09 PM | I will use the defendant's reply. |
| 2:35:06 PM | Attorney Lesley Nash |
| 2:35:08 PM | Proffers to the Court |
| 2:35:36 PM | Judge Omar Aboulhosn |
| 2:35:37 PM | Discusses the third request. |
| 2:35:51 PM | Attorney William Murray |
| 2:36:15 PM | Proffers to the Court |
| 2:36:29 PM | Judge Omar Aboulhosn |
| 2:36:32 PM | I ordered this is a Motion to Compel two years ago. |
| 2:36:59 PM | Attorney William Murray |
| 2:37:02 PM | Proffers to the Court |
| 2:39:09 PM | Judge Omar Aboulhosn |
| 2:39:11 PM | Two federal judges ordered you to produce that two years ago. |
| 2:39:46 PM | Attorney Lesley Nash |
| 2:39:49 PM | Discusses specific requests. |
| 2:40:08 PM | Attorney William Murray |
| 2:40:11 PM | We have produced everything except for what was received today. |
| 2:40:23 PM | Attorney Lesley Nash |
| 2:40:27 PM | Discusses Betsy Jividen's deposition. |
| 2:41:22 PM | Attorney William Murray |
| 2:41:24 PM | Addresses the Court. |
| 2:42:59 PM | Judge Omar Aboulhosn |
| 2:43:01 PM | Who is in charge here? |
| 2:43:20 PM | Attorney William Murray |
| 2:43:21 PM | It depends on what is being requested, your honor. |
| 2:45:34 PM | Judge Omar Aboulhosn |
| 2:45:36 PM | Discusses the Court's Orders not being complied with. |
| 2:46:03 PM | We have more things to discuss. |
| 2:46:13 PM | Attorney William Murray |

| | |
|---|---|
| 2:46:15 PM | Discusses when the COVID audits will be completed. |
| 2:46:47 PM | Judge Omar Aboulhosn |
| 2:46:50 PM | Those are two years late. |
| 2:47:08 PM | Asks plaintiff to finish that up. |
| 2:47:14 PM | Attorney Lesley Nash |
| 2:47:18 PM | Proffers to the Court |
| 2:48:06 PM | Judge Omar Aboulhosn |
| 2:48:08 PM | Give them specific dates and I want that produced tomorrow. |
| 2:48:40 PM | Discusses third request for production of documents as to Prime Care facilities. |
| 2:49:24 PM | Attorney Lesley Nash |
| 2:49:26 PM | We agree that request is resolved. |
| 2:49:37 PM | Judge Omar Aboulhosn |
| 2:49:38 PM | What took so long? |
| 2:49:45 PM | Prime Care documents are your documents. |
| 2:49:52 PM | Attorney William Murray |
| 2:49:54 PM | That is true but I do not have them in my position. |
| 2:50:02 PM | Attorney Ann O'Hare |
| 2:50:05 PM | Addresses the Court |
| 2:51:02 PM | Judge Omar Aboulhosn |
| 2:51:03 PM | Why wait until then to get them to the defendant. |
| 2:51:15 PM | Attorney Ann O'Hare |
| 2:51:17 PM | Addresses the Court's questions. |
| 2:51:23 PM | Judge Omar Aboulhosn |
| 2:51:29 PM | Next thing, fourth request for production of documents. |
| 2:52:42 PM | Attorney Lesley Nash |
| 2:52:44 PM | Discusses what is outstanding. |
| 2:53:28 PM | Judge Omar Aboulhosn |
| 2:53:29 PM | Once again, it is fallen on you. |
| 2:53:35 PM | Attorney Ann O'Hare |
| 2:53:37 PM | Addresses the Court |
| 2:54:43 PM | Attorney Lesley Nash |
| 2:54:50 PM | Discusses their request from nine facilities. |
| 2:55:14 PM | Attorney Ann O'Hare |
| 2:55:15 PM | Addresses the Court |
| 2:56:48 PM | Judge Omar Aboulhosn |
| 2:56:51 PM | Discusses the request being in 2020. |
| 2:57:26 PM | Why haven't you produced it? |
| 2:57:34 PM | Attorney William Murray |
| 2:57:37 PM | Proffers to the Court |
| 2:57:43 PM | Attorney Lesley Nash |
| 2:58:37 PM | Addresses the Court |
| 2:58:55 PM | Judge Omar Aboulhosn |
| 2:58:57 PM | Discusses employee records and their payroll records. |
| 2:59:18 PM | Attorney Ann O'Hare |
| 2:59:22 PM | Addresses the Court |
| 2:59:26 PM | Judge Omar Aboulhosn |
| 2:59:28 PM | Someone has to be responsible - that request was 2020. |
| 2:59:51 PM | Produce it promptly. |
| 3:00:01 PM | Attorney Ann O'Hare |
| 3:00:03 PM | Yes, your honor. |
| 3:00:05 PM | Attorney William Murray |
| 3:00:07 PM | What time period are we looking at? |
| 3:00:18 PM | Judge Omar Aboulhosn |
| 3:00:20 PM | You need to be very careful in your response on when you are producing it and what. |
| 3:01:22 PM | Attorney Lesley Nash |
| 3:01:24 PM | Discusses the plaintiff's position. |
| 3:02:03 PM | Attorney William Murray |
| 3:02:05 PM | That is helpful. |
| 3:02:09 PM | Judge Omar Aboulhosn |
| 3:02:10 PM | When can we get that produced? |
| 3:02:14 PM | Attorney Ann O'Hare |
| 3:02:36 PM | I will inform corporate counsel it needs to be in two weeks. |

| | |
|---|---|
| 3:02:47 PM | Judge Omar Aboulhosn |
| 3:02:55 PM | You do payroll on the computer. That should be easily produced. |
| 3:03:20 PM | Attorney Ann O'Hare |
| 3:03:22 PM | Yes, your honor. |
| 3:04:44 PM | Attorney William Murray |
| 3:04:46 PM | Addresses the Court |
| 3:05:42 PM | Attorney Lesley Nash |
| 3:05:52 PM | Proffers to the Court. |
| 3:06:34 PM | Attorney William Murray |
| 3:06:36 PM | We will do so. |
| 3:07:14 PM | Judge Omar Aboulhosn |
| 3:07:16 PM | Discusses the Scheduling Order and deadlines. |
| 3:07:26 PM | The next matter is request number 5 |
| 3:08:18 PM | Is that resolved? |
| 3:08:23 PM | Attorney Lesley Nash |
| 3:08:26 PM | Yes, your honor. |
| 3:08:29 PM | Attorney William Murray |
| 3:09:19 PM | Addresses the Court |
| 3:10:16 PM | Attorney Jaden Rhea |
| 3:10:19 PM | Addresses the Court |
| 3:10:33 PM | Attorney Lesley Nash |
| 3:10:42 PM | Discusses an email sent to Central Regional Jail. |
| 3:11:43 PM | Judge Omar Aboulhosn |
| 3:11:45 PM | I am not sure I can make them produce something they do not have. |
| 3:12:02 PM | We will deal with that in due time. |
| 3:12:07 PM | Discusses request number 8. |
| 3:13:08 PM | Attorney Lesley Nash |
| 3:13:10 PM | Discusses variety of information received. |
| 3:14:30 PM | Attorney William Murray |
| 3:14:32 PM | Addresses the Court |
| 3:16:54 PM | Judge Omar Aboulhosn |
| 3:16:56 PM | Who is asking to be tested? |
| 3:17:18 PM | Attorney William Murray |
| 3:17:20 PM | Addresses the Court |
| 3:18:14 PM | Attorney Lesley Nash |
| 3:18:23 PM | Discusses refusal forms they have received. |
| 3:18:45 PM | Exposure testing |
| 3:18:53 PM | Attorney William Murray |
| 3:18:56 PM | That will be in their individual records. |
| 3:19:24 PM | Attorney Lesley Nash |
| 3:19:26 PM | We believe there is something else. |
| 3:19:36 PM | Situation reports I believe. |
| 3:20:01 PM | Attorney William Murray |
| 3:20:03 PM | If I may, Mr. Plumley here today can explain that better than me. |
| 3:20:14 PM | He is not counsel but a designated witness. |
| 3:20:29 PM | Mark Plumley placed under oath. |
| 3:20:50 PM | Mr. Plumley addresses the Court. |
| 3:22:18 PM | Judge Omar Aboulhosn |
| 3:22:20 PM | Let me see what you are talking about. |
| 3:22:28 PM | How do you get this information if he is saying it is impossible to pull together? |
| 3:22:53 PM | Mark Plumley |
| 3:22:57 PM | Addresses the Court's questions. |
| 3:23:20 PM | Attorney Ann O'Hare |
| 3:23:22 PM | Addresses the Court |
| 3:24:21 PM | Judge Omar Aboulhosn |
| 3:24:23 PM | Every day you were pulling it together. |
| 3:24:44 PM | Where did this report come from? |
| 3:24:51 PM | Attorney William Murray |
| 3:25:22 PM | Addresses the Court. |
| 3:25:41 PM | Judge Omar Aboulhosn |
| 3:25:43 PM | Where is the underlying information associated with the reports? |
| 3:25:53 PM | Mark Plumley addresses the Court |

| | |
|---|---|
| 3:26:39 PM | Attorney William Murray |
| 3:26:42 PM | Addresses the Court |
| 3:27:53 PM | Attorney Lesley Nash |
| 3:27:56 PM | What we are interested in is the type of testing. |
| 3:28:46 PM | Attorney William Murray |
| 3:28:52 PM | We don't have that information in that form. |
| 3:29:01 PM | Attorney Lesley Nash |
| 3:29:33 PM | Proffers to the Court. |
| 3:29:37 PM | Judge Omar Aboulhosn |
| 3:29:38 PM | If they don't have it, they don't have it. |
| 3:29:48 PM | It makes a good argument on how are they complying with their own rules? |
| 3:30:04 PM | Attorney Lydia Miles |
| 3:30:07 PM | Addresses the Court as to their frustration in how and what is produced. |
| 3:30:35 PM | Judge Omar Aboulhosn |
| 3:30:36 PM | I don't have the ability to exclude evidence. |
| 3:31:53 PM | The next part of that is at South Central Regional Jail. |
| 3:32:13 PM | Attorney Lesley Nash |
| 3:32:19 PM | Proffers to the Court |
| 3:32:41 PM | Defendant responded in a manner that confused me to be honest. |
| 3:33:01 PM | Judge Omar Aboulhosn |
| 3:33:05 PM | Discusses document requested. |
| 3:33:24 PM | What is the document? |
| 3:33:28 PM | Attorney Lesley Nash |
| 3:33:30 PM | Inmate names, intake date, covid testing |
| 3:34:01 PM | Attorney Jaden Rhea |
| 3:34:04 PM | Addresses the Court |
| 3:37:17 PM | Judge Omar Aboulhosn |
| 3:37:20 PM | Discusses next request |
| 3:38:40 PM | Discusses requests 9, 10 and 11 |
| 3:39:56 PM | Attorney Lesley Nash |
| 3:39:58 PM | Answers the Court. |
| 3:40:09 PM | Judge Omar Aboulhosn |
| 3:40:15 PM | There are docs to be produced tomorrow, correct? |
| 3:40:33 PM | Discusses the Court's previous fine ordered of $1,000 a day. |
| 3:40:48 PM | Attorney Lesley Nash |
| 3:40:55 PM | Addresses their position |
| 3:41:13 PM | There is no justification to lift the sanctions. |
| 3:41:31 PM | Judge Omar Aboulhosn |
| 3:41:34 PM | Discusses the daily fine on extreme delays in producing from 2020 until now. |
| 3:42:05 PM | File a brief as to what you feel is the appropriate sanctions and I will give the defendant an opportunity to |
| 3:42:51 PM | reply. You get 14 days to brief it from Friday, April 29th. |
| 3:43:06 PM | Then defendant will have 7 days to respond |
| 3:43:14 PM | And then 3 days to reply |
| 3:43:19 PM | Then I'll issue an order. |
| 3:43:39 PM | I am frustrated. I hope this is the end of discovery disputes. |
| 3:43:51 PM | Is there anything outstanding I need to know? |
| 3:44:01 PM | Attorney Lesley Nash |
| 3:44:03 PM | The sixth production is still due. |
| 3:44:57 PM | Judge Omar Aboulhosn |
| 3:44:59 PM | If it is remotely related, then disclose it. |
| 3:45:38 PM | Heads are going to roll if the requested info. is not disclosed. |
| 3:46:24 PM | Attorney Ann O'Hare |
| 3:46:28 PM | Proffers to the Court. |
| 3:46:31 PM | Judge Omar Aboulhosn |
| 3:46:33 PM | Easily done. |
| 3:46:35 PM | Is there anything else to take care of today? |
| 3:46:48 PM | Hearing adjourned. |