IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN BAXLEY, JR.,
EARL EDMONDSON,
JOSHUA HALL,
DONNA WELLS-WRIGHT,
HEATHER REED, and
DANNY SPIKER, JR. on their own behalf
and on behalf of others similarly situated,

            Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.  3:18-1526

BETSY JIVIDEN, in her official capacity
as Commissioner of the West Virginia
Division of Corrections and Rehabilitation,

            Defendant.

## ORDER

Pending before the Court is Defendant Betsy Jividen's Motion to Dismiss Plaintiffs' Count II Claim. ECF No. 589. Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs and Defendant have since filed a Stipulation of Dismissal of Count II. ECF No. 603. Accordingly, the Motion is **DENIED AS MOOT**.

            ENTER:　　　April 25, 2022

            ROBERT C. CHAMBERS
            UNITED STATES DISTRICT JUDGE