IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN BAXLEY, JR.,
EARL EDMONDSON,
JOSHUA HALL,
DONNA WELLS-WRIGHT,
HEATHER REED, and
DANNY SPIKER, JR. on their own behalf
and on behalf of others similarly situated,

              Plaintiffs,

v.                                        CIVIL ACTION NO.   3:18-1526

BETSY JIVIDEN, in her official capacity
as Commissioner of the West Virginia
Division of Corrections and Rehabilitation,

              Defendant.

**ORDER**

      Pending before the Court is Defendant Betsy Jividen's Motion to Strike. ECF No. 625. In the Motion, Defendant asked the Court to prevent witnesses Pamela Stroman and Raymond Lawrence Chapman from testifying. *Id*.

      On May 4, 2022, the Court ordered Plaintiffs to make the witnesses available for deposition outside the discovery period or to respond to the Motion. Plaintiffs have since advised that they have agreed to withdraw Raymond Lawrence Chapman as a witness. Further, they have spoken to Defendant, who advised that she does not wish to depose Pamela Stroman. Because all matters in Defendant's motion to strike have been resolved, the Court **DENIES AS MOOT** the Motion (ECF No. 625).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: May 10, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE