IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN BAXLEY, JR., *ET AL.*,

        **Plaintiffs,**

vs.                                        Civil Action No. 3:18-cv-01526

BETSY JIVIDEN,

        **Defendant.**

## ORDER

The undersigned notes that the parties have filed a ***Joint Motion to Not Impose Discovery Sanctions on Defendant*** because as of May 24, 2022, the parties reached an agreement that settles this case in its entirety and that Plaintiffs no longer wish to pursue fees and actions against Defendant (ECF No. 647). Accordingly, the briefing schedule ordered by this Court (ECF No. 644) is hereby **CANCELLED**.

The Clerk is requested to distribute a copy of this Order to all counsel of record.

**ENTER: May 27, 2022.**

Omar J. Aboulhosn
United States Magistrate Judge