IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN BAXLEY, JR.,
EARL EDMONDSON,
JOSHUA HALL,
DONNA WELLS-WRIGHT,
HEATHER REED, and
DANNY SPIKER, JR. on their own behalf
and on behalf of others similarly situated,

          Plaintiffs,

v.                                               CIVIL ACTION NO.   3:18-1526

BETSY JIVIDEN, in her official capacity
as Commissioner of the West Virginia
Division of Corrections and Rehabilitation,

          Defendant.

## ORDER

The parties have filed a Notice of Settlement & Request to Hold Matter in Abeyance (ECF No. 649), informing the Court that a settlement has been reached in this class action. The Court therefore holds all deadlines and other matters in abeyance and **DIRECTS** the parties to file a joint motion to approve the settlement no later than **June 27, 2022.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                          ENTER:      June 2, 2022

                                          ROBERT C. CHAMBERS
                                          UNITED STATES DISTRICT JUDGE